UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:13cv14046

TRUE THE VOTE, INC. in its
individual, corporate capacity, and
PAMELA WOHLSCHLEGEL

    Plaintiff

vs.

GERTRUDE WALKER, St. Lucie County
Supervisor of Elections, in her official capacity,

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney _____**Michael A. Barnett**_____ files this Notice of Change of Address in the above captioned case.  All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm: **Michael A. Barnett, P.A.**

    Address: **P.O. Box 811471**
                  **Boca Raton, Florida 33481**

## Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

**Gertrude Walker, Supervisor of Elections
ORANGE BLOSSOM BUSINESS CENTER
4132 Okeechobee Rd
Fort Pierce, Florida 34947**

Dated: **February 14, 2013**

Respectfully submitted,

*[signature]*

_____  **40635**
*Attorney Name*                                   *Bar Number*

**michael.barnett1@gmail.com**
*Attorney E-mail Address*

**MICHAEL A. BARNETT, P.A.**
*Firm Name*

**P.O. Box 811471**
*Street Address*

**Boca Raton, Florida 33481**
*City, State, Zip Code*

**561-715-7833**          **561-431-0328**
*Telephone: (xxx)xxx–xxxx*    *Facsimile: (xxx)xxx–xxxx*

**Attorney for Plaintiffs**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*