IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

TRUE THE VOTE, INC. in its  )
individual, corporate capacity, and )
PAMELA WOHLSCHLEGEL, )
                            )
         Plaintiffs, )
                            )   Case No. 2:13cv14046
v.                          )
                            )
GERTRUDE WALKER, St. Lucie  )
County Supervisor of Elections, in )
her official capacity,      )
                            )
         Defendant. )
_____/

## ANSWER AND AFFIRMATIVE DEFENSE

Defendant GERTRUDE WALKER, St. Lucie County Supervisor of Elections, in her official capacity, through the undersigned counsel, hereby files its Answer and Affirmative Defense to Plaintiffs' Complaint, and states as follows:

1. Admitted only as to Plaintiffs' characterization of the nature of its action. Otherwise denied.

2. Admitted only as to Plaintiffs' characterization of the nature of its action. Otherwise denied.

3. Admitted only as to Plaintiffs' characterization of the nature of its action. Otherwise denied.

## JURISDICTION AND VENUE

4. Admitted for jurisdictional purposes only.

5. Admitted for jurisdictional purposes only.

6.  Admitted for jurisdictional purposes only.

7.  Admitted as to alleged events occurring in this district. Denied that there are any events or omissions giving rise to the claims.

## PARTIES

8.  Without sufficient knowledge and therefore denied.

9.  Without sufficient knowledge and therefore denied.  Specifically denied that Plaintiff Wohlschlegel has standing to sue, as the complaint fails to allege she has at any time been denied information pursuant to the NVRA or the constitution and laws of the State of Florida.

10. Admitted.

## FACTUAL BACKGROUND

11. Admitted that the NVRA mandates retention of the referenced records, which have been properly kept and maintained by Defendant.

12. Denied.

13. Denied.

14. Denied.

15. Without sufficient knowledge, as the lawsuit did not involve Defendant, and therefore denied.

16. Denied.

17. Denied.

18. Denied.

19. Admitted.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Admitted that Florida Secretary of State was required by law to use earlier vote total. Otherwise denied.

26. Denied.

27. Admitted that Plaintiff True the Vote sought records. Otherwise denied.

### PLAINTIFF TRUE THE VOTE

28. Without sufficient knowledge and therefore denied.

29. Without sufficient knowledge and therefore denied.

30. Without sufficient knowledge and therefore denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

### PLAINTIFF PAMELA WOHLSCHLEGEL

36. Without sufficient knowledge and therefore denied.

37. Without sufficient knowledge and therefore denied.

38. Specifically denied, as the complaint fails to allege Plaintiff has at any time been denied any information pursuant to the NVRA or the constitution and laws of the State of Florida.

39. Denied.

## COUNT I

40. Defendant realleges responses to paragraphs 1 through 39 as if set forth fully herein.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

## COUNT II

45. Defendant realleges responses to paragraphs 1 through 39 as if set forth fully herein.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

## COUNT III

50. Defendant realleges responses to paragraphs 1 through 39 as if set forth fully herein.

51. Denied.

## AFFIRMATIVE DEFENSE

**Unclean Hands**

52. Plaintiffs' claims are barred by the doctrine of unclean hands. Well before the filing of this lawsuit, the St. Lucie County Supervisor of Elections office made available for inspection the documents that are the topic of the lawsuit herein (and, which are maintained by Defendant in the ordinary course of business, and are readily available for public inspection, pursuant to state and federal law).

53. Upon receipt of Plaintiff True the Vote's inspection request, Defendant and her office organized the approximately a half million documents in such a manner as to facilitate the requested inspection.  Via email and telephone, Defendant and Plaintiff True the Vote maintained dialogue concerning the status of the request, and a date (January 28, 2013) was scheduled by Plaintiff for its inspection visit.  Despite this, Plaintiff never visited Defendant's office to inspect the records.

54. When the scheduled date passed without Plaintiff True the Vote appearing at Defendant's office, Defendant nevertheless attempted to contact Plaintiff via email and telephone to again schedule the requested inspection.  Plaintiff failed or declined to respond.

55. The complaint fails to allege that Plaintiff Wohlschlegel has at any time requested, let alone been denied access to, the documents that are the subject of this lawsuit.

56. At any time subsequent to January 28, up to and including the present, Plaintiffs could have completed the document inspection by scheduling a visit via email or telephone, or by simply appearing, even unannounced, at Defendant's office.  Plaintiffs instead filed the instant complaint.

57. The St. Lucie County Supervisor of Elections office invites any member of the public, including Plaintiffs, to inspect its records in accordance with governing Florida and federal law.

58. Plaintiffs' unclean hands preclude any recovery in this matter.

Dated: February 20, 2013.

By: **s/ Cynthia G. Angelos**
CYNTHIA G. ANGELOS
Florida Bar No.: 0539058
THE LAW OFFICE OF CYNTHIA G. ANGELOS, P.A.
P.O. Box 9163
Port Saint Lucie, Florida 34985
Telephone:  (772) 252-3000
Facsimile:  (772) 337-2547
E-mail:  cynthia@jangeloslaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was electronically uploaded to the Court's CM/ECF site on this 20th Day of February, 2013, which site will provide electronic service to the following:

Michael A. Barnett, Esq.
Michael A. Barnett P.A.
P.O. Box. 811471
Boca Raton, FL 33481
Fax: (561) 431-0328

**s/ Cynthia G. Angelos**
CYNTHIA G. ANGELOS
Florida Bar No.: 0539058
THE LAW OFFICE OF CYNTHIA G. ANGELOS, P.A.
P.O. Box 9163
Port Saint Lucie, Florida 34985
Telephone:  (772) 252-3000
Facsimile:  (772) 337-2547
E-mail:  cynthia@jangeloslaw.com
Counsel for Defendant