FILING FEE
PAID $75.00
pro hac vice FLS200000404
Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

TRUE THE VOTE, INC. in its )
individual, corporate capacity, and )
PAMELA WOHLSCHLEGEL, )
)
                *Plaintiffs*, )   Civil Action No. 2:13cv14046
)
v. )
)
GERTRUDE WALKER, St. Lucie County )
Supervisor of Elections, in her official )
capacity, )
                *Defendant*. )
_____ )

FILED by _____ D.C.
FEB 19 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, Michael A Barnett respectfully moves for the admission *pro hac vice* of J. Christian Adams of the law firm of Election Law Center, PLLC., (703-963-8611) for purposes of appearance as cocounsel on behalf of plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit J. Christian Adams to receive electronic filings in this case, and in support thereof states as follows:

1.     J. Christian Adams is not admitted to practice in the Southern District of Florida and is a member in good standing of the South Carolina Bar, the Virginia Bar and the United States District Court for the Eastern District of Virginia.

2.     Movant, Michael A. Barnett, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State

1

for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael A. Barnett has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. J. Christian Adams, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to J. Christian Adams at email address: adams@electionlawcenter.com.

WHEREFORE, Michael A. Barnett moves this Court to enter an Order permitting J. Christian Adams, to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to J. Christian Adams.

Dated: February 15, 2013

Respectfully submitted,

_____
Michael A. Barnett
Fla. Bar No.: 40635
MICHAEL A. BARNETT, P.A.
P.O. Box 811471
Boca Raton, Florida 33481
(561) 715-7833
(561) 431-0328
michael.barnett1@gmail.com

J. Christian Adams

2

ELECTION LAW CENTER, PLLC.
300 N. Washington Street, Ste. 405
Alexandria, Virginia 22314
(703) 963-8611
(703) 740-1773
adams@electionlawcenter.com
(*Pro Hac Vice* Application Filed)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| TRUE THE VOTE, INC. in its individual, corporate capacity, and PAMELA WOHLSCHLEGEL, <br><br> *Plaintiffs,* <br><br> v. <br><br> GERTRUDE WALKER, St. Lucie County Supervisor of Elections, in her official capacity, <br><br> *Defendant.* | Civil Action No. 2:13cv14046 |

## CERTIFICATION OF J. CHRISTIAN ADAMS

J. Christian Adams, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Virginia Bar, the South Carolina Bar and the United States District Court for the Eastern District of Virginia.

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by mail on February 15, 2013 on defendant (no appearance has been made in case).

_____
Michael A. Barnett
Fla. Bar No.: 40635
MICHAEL A. BARNETT, P.A.
P.O. Box 811471
Boca Raton, Florida 33481
(561) 715-7833
(561) 431-0328
michael.barnett1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| TRUE THE VOTE, INC. in its individual, corporate capacity, and PAMELA WOHLSCHLEGEL, <br><br> *Plaintiffs*, <br><br> v. <br><br> GERTRUDE WALKER, St. Lucie County Supervisor of Elections, in her official capacity, <br> *Defendant*. | Civil Action No. 2:13cv14046 |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for J. Christian Adams, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

The Motion is GRANTED.

J. Christian Adams, may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to J. Christian Adams, at adams@electionlawcenter.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of

_____.

_____
United States District Judge

Copies furnished to:

All Counsel of Record