IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| TRUE THE VOTE, INC. in its individual, corporate capacity, and PAMELA WOHLSCHLEGEL, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 2:13cv14046 |
| v. | )<br>)<br>) |
| GERTRUDE WALKER, St. Lucie County Supervisor of Elections, in her official capacity, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for J. Christian Adams, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") / (DE 6) pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

The Motion is GRANTED.

J. Christian Adams, may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to J. Christian Adams, at adams@electionlawcenter.com.

DONE AND ORDERED in Chambers at \_\_\_Miami\_\_\_, Florida, this 26th day of February, 2013.

_____
United States District Judge

Copies furnished to:

All Counsel of Record