IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

TRUE THE VOTE, INC. in its )
individual, corporate capacity, and )
PAMELA WOHLSCHLEGEL, )
                                     )
           Plaintiffs, )
                                     ) Case No. 2:13cv14046
v.                                   )
                                     )
GERTRUDE WALKER, St. Lucie )
County Supervisor of Elections, in )
her official capacity, )
                                     )
           Defendant. )
_____/

## JOINT STATUS REPORT

Plaintiffs TRUE THE VOTE, INC., in its individual corporate capacity, and PAMELA WOHLSCHLEGEL, and Defendant GERTRUDE WALKER, St. Lucie County Supervisor of Elections, in her official capacity, through their respective undersigned counsel and pursuant to this Court's order dated March 11, 2013, hereby jointly file this status report and state as follows:

1.     Plaintiffs have brought suit under Section 8 of the National Voter Registration Act, Chapter 119 of the Florida Statutes, and Article I, Section 24 of the Florida Constitution, seeking public disclosure and physical inspection of records from the 2012 general election for Florida's 18th congressional district. Plaintiffs' action seeks declaratory and injunction relief to compel Defendant to produce and make available the records.

Defendant's answer to the complaint states that at all times prior to this lawsuit she has maintained, and that she continues to maintain, all records in compliance with applicable state and federal law. Defendant asserts the documents sought in the complaint are available at any

1

time for Plaintiffs' inspection and that Plaintiffs have been aware the documents were (and are) so available since prior to the initiation of this lawsuit.

2. The parties agree that the documents requested are public records pursuant to applicable law, and have verified, in a joint visit to Defendant's office, that the documents are ready and available for inspection and/or reproduction by Plaintiffs.

3. The issues remaining for disposition likely are limited to what transpired between Plaintiffs' public records request and the filing of the complaint. Defendant asserts in her answer that the records requested were complied and ready for inspection on a date of Plaintiff True the Vote's choosing, but that Plaintiff failed to appear at Defendant's office on that date. Plaintiffs contest this assertion and, per the complaint, allege the documents were effectively refused for production.

4. No motions pending.

5. Since the case is focused on production of public records, and it is agreed that the documents are available for inspection, discovery is likely to be extremely limited (in the absence of a settlement, see below). The case will be ready for trial within six months.

6. A trial could be completed in one day. Neither party has requested a jury trial.

7. None identified.

8. The parties currently are working together on a settlement via draft consent decree to be submitted to the Court for its approval. The parties are extremely optimistic an agreement can be reached in the near future.

9a. The parties jointly elect to have all aspects of the case heard by a Magistrate Judge, as reflected in the Magistrate Election Form filed concurrently with this Joint Status Report.

9b. No unique issues identified.

10.	None identified.

Dated: March 15, 2013.

| | |
|---|---|
| **S/ J. Christian Adams**<br>J. Christian Adams<br>ELECTION LAW CENTER, PLLC.<br>300 N. Washington Street, Ste. 405<br>Alexandria, Virginia 22314<br>(703) 963-8611<br>(703) 740-1773<br>adams@electionlawcenter.com<br>Attorney for the Plaintiffs | **S/ Michael A. Barnett**<br>Michael A. Barnett<br>Fla. Bar No.: 40635<br>MICHAEL A. BARNETT, P.A.<br>P.O. Box 811471<br>Boca Raton, Florida 33481<br>(561) 715-7833<br>(561) 431-0328<br>michael.barnett1@gmail.com<br>Attorney for the Plaintiffs |

**s/ Cynthia G. Angelos**
CYNTHIA G. ANGELOS
Florida Bar No.: 0539058
THE LAW OFFICE OF CYNTHIA G. ANGELOS, P.A.
P.O. Box 9163
Port Saint Lucie, Florida 34985
Telephone:	(772) 252-3000
Facsimile:	(772) 337-2547
E-mail:	cynthia@jangeloslaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned counsel JOINTLY CERTIFY that a true copy of the foregoing was electronically uploaded to the Court's CM/ECF site on this 15th Day of March, 2013.

| | |
|---|---|
| **S/ J. Christian Adams**<br>J. Christian Adams<br>ELECTION LAW CENTER, PLLC.<br>300 N. Washington Street, Ste. 405<br>Alexandria, Virginia 22314<br>(703) 963-8611<br>(703) 740-1773<br>adams@electionlawcenter.com<br>Attorney for the Plaintiffs | **S/ Michael A. Barnett**<br>Michael A. Barnett<br>Fla. Bar No.: 40635<br>MICHAEL A. BARNETT, P.A.<br>P.O. Box 811471<br>Boca Raton, Florida 33481<br>(561) 715-7833<br>(561) 431-0328<br>michael.barnett1@gmail.com<br>Attorney for the Plaintiffs |

                                          **s/ Cynthia G. Angelos**
                                          CYNTHIA G. ANGELOS
Florida Bar No.: 0539058
THE LAW OFFICE OF CYNTHIA G. ANGELOS, P.A.
P.O. Box 9163
Port Saint Lucie, Florida 34985
Telephone:	(772) 252-3000
Facsimile:	(772) 337-2547
E-mail:	cynthia@jangeloslaw.com
Counsel for Defendant