## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT PIERCE DIVISION

| | | |
|---|---|---|
| TRUE THE VOTE, INC. in its individual, corporate capacity, and PAMELA WOHLSCHLEGEL, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 2:13cv14046 |
| v. | ) ) | |
| GERTRUDE WALKER, St. Lucie County Supervisor of Elections, in her official capacity, | ) ) ) ) | |
| Defendant. | ) ) / | |

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including **TRIAL**, and entry of final judgment with respect thereto.[1]

Dated: March 15, 2013.


**S/ J. Christian Adams**
J. Christian Adams
ELECTION LAW CENTER, PLLC.
300 N. Washington Street, Ste. 405
Alexandria, Virginia 22314
(703) 963-8611
(703) 740-1773
adams@electionlawcenter.com
Attorney for the Plaintiffs

**S/ Michael A. Barnett**
Michael A. Barnett
Fla. Bar No.: 40635
MICHAEL A. BARNETT, P.A.
P.O. Box 811471
Boca Raton, Florida 33481
(561) 715-7833
(561) 431-0328
michael.barnett1@gmail.com
Attorney for the Plaintiffs

---

[1] A Magistrate Judge may conduct jury trials if the underlying claims support a demand for a jury. In addition, a Magistrate Judge can generally accommodate special settings.

s/ Cynthia G. Angelos
CYNTHIA G. ANGELOS
Florida Bar No.: 0539058
THE LAW OFFICE OF CYNTHIA G. ANGELOS, P.A.
P.O. Box 9163
Port Saint Lucie, Florida 34985
Telephone:     (772) 252-3000
Facsimile:     (772) 337-2547
E-mail:        cynthia@jangeloslaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned counsel JOINTLY CERTIFY that a true copy of the foregoing was electronically uploaded to the Court's CM/ECF site on this 15th Day of March, 2013.

**S/ J. Christian Adams**
J. Christian Adams
ELECTION LAW CENTER, PLLC.
300 N. Washington Street, Ste. 405
Alexandria, Virginia 22314
(703) 963-8611
(703) 740-1773
adams@electionlawcenter.com
Attorney for the Plaintiffs
Attorney for the Plaintiffs

**S/ Michael A. Barnett**
Michael A. Barnett
Fla. Bar No.: 40635
MICHAEL A. BARNETT, P.A.
P.O. Box 811471
Boca Raton, Florida 33481
(561) 715-7833
(561) 431-0328
michael.barnett1@gmail.com

**s/ Cynthia G. Angelos**
CYNTHIA G. ANGELOS
Florida Bar No.: 0539058
THE LAW OFFICE OF CYNTHIA G. ANGELOS, P.A.
P.O. Box 9163
Port Saint Lucie, Florida 34985
Telephone:     (772) 252-3000
Facsimile:     (772) 337-2547
E-mail:        cynthia@jangeloslaw.com
Counsel for Defendant

2