```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT PIERCE DIVISION
                 CASE NO. 13-14046-CIV-GRAHAM/LYNCH
```

TRUE THE VOTE, INC., et al.,

    Plaintiffs,

v.

GERTRUDE WALKER,

    Defendant.
_____/

## ORDER OF REFERENCE

**THIS CAUSE** comes before the Court upon the parties' Election to Jurisdiction by a United States Magistrate Judge for Trial [D.E. 10]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned matter be referred to United States Magistrate Judge **Frank J. Lynch, Jr.** for all further proceedings in the case, including trial and entry of a final judgment. This Order of Reference is in accordance with 28 U.S.C. § 636, the Magistrate Rules of the Local Rules of the Southern District of Florida and the consent of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of March, 2013.

                                        s/Donald L. Graham
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Lynch
       Counsel of Record