UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14046-CIV-LYNCH

TRUE THE VOTE, INC. AND
PAMELA WOHLSCHLEGEL,

    Plaintiffs,

v.

GERTRUDE WALKER, St. Lucie County
Supervisor of Elections,

    Defendant.
_____/



FILED by ___ D.C.

MAR 25 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS CAUSE** comes before this Court upon the Order of Reference (DE 11) from the Honorable Donald L. Graham referring this case for trial before the undersigned Magistrate Judge, and the Court being otherwise advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that for those pleadings not filed electronically, the parties shall file them with the Clerk's Office in Fort Pierce, Florida, and all future filings shall reflect the undersigned as the trial judge (**CASE NO. 13-14046-CIV-LYNCH**). All further proceedings in this case shall be conducted at the United States Courthouse, Courtroom No. 4074, 101 South U.S. Highway 1, Fort Pierce, Florida 34950. It is further,

**ORDERED AND ADJUDGED** that a telephonic Status Conference is set for **TUESDAY, APRIL 16, 2013 at 1:45 p.m.** The Plaintiffs shall be the party responsible for initiating the conference call to the Defendant

and to the undersigned's Chambers at (772) 467-2320. The Court will not initiate the conference call.

  **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of March 2013.

              _____
              FRANK J. LYNCH, JR.
              UNITED STATES MAGISTRATE JUDGE

cc: Michael A. Barnett, Esq.
   Cynthia G. Angelos, Esq.