UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14046-CIV-LYNCH

TRUE THE VOTE, INC. AND
PAMELA WOHLSCHLEGEL,

    Plaintiffs,

v.

GERTRUDE WALKER, St. Lucie County
Supervisor of Elections,

    Defendant.
_____/

FILED by ___ D.C.
APR 16 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER SETTING TRIAL DATE AND ESTABLISHING PRETRIAL DEADLINES

**THIS CAUSE** comes to be heard upon the consent of the parties and a status conference held April 16, 2013, and pursuant to Local Rule 16.1.B, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. All further filings in this matter shall be filed with the Clerk of Court in Fort Pierce, Florida, and shall reflect the undersigned as the trial judge (**CASE NO. 13-14046-CIV-LYNCH**). All further proceedings in this case shall be conducted at the United States District Courthouse, 101 South U.S. Highway One, Courtroom #4074, Fort Pierce, Florida 34950.

2. This case is set for a one day, non-jury trial on the calendar commencing **MONDAY, NOVEMBER 4, 2013 at 9:30 a.m.**

3. Counsel for all parties shall appear at a calendar call via telephone conference on **THURSDAY, OCTOBER 24, 2013 at**

**2:00 p.m.** Counsel for the Plaintiff shall be responsible for establishing the conference call to opposing counsel and to the undersigned's Chambers at **(772) 467-2320.**

    4.    The following timetable shall govern the pretrial procedure in this case:

| | |
|---|---|
| **May 10, 2013** – | Joinder of additional parties and amended pleadings |
| **May 10, 2013** – | List of witnesses exchanged |
| **July 5, 2013** – | Expert witness summaries/reports exchanged |
| **August 2, 2013** – | All discovery must be completed |
| **September 6, 2013** – | All substantive pretrial motions must be filed |
| **November 1, 2013**– | Joint pretrial stipulation must be filed. |

    5.    Pursuant to Fed. R. Civ. P. 16 and L.R. 16.2, this case is referred to mediation as follows:

    a.    Mediation shall be completed at least sixty (60) days prior to the beginning of the trial calendar;

    b.    The parties shall, within fifteen (15) days of the date of this Order, agree upon a mediator and advise the Clerk of Court of their choice, failing which the Clerk will designate a mediator from the list of certified mediators on a blind random basis;

    c.    Plaintiff's counsel shall be responsible for coordinating the mediation conference date and location agreeable

to the mediator and all counsel of record; and

    d.    Within five (5) days of the mediation conference, the mediator shall file a Mediation Report indicating who attended the mediation and the result thereof.

    6.    Counsel shall meet on the Monday after Calendar Call to confer on the preparation of a pretrial stipulation. The pretrial stipulation shall contain all information required by Local Rule 16.1.E.

    7.    Prior to the pretrial stipulation meeting, each party shall fill out an exhibit list, using Form AO 187 (available from the Clerk of Court), indicating each exhibit's pre-marked number, a brief description of the exhibit, and leaving a space for the Court to rule on its admissibility. Each exhibit shall bear a sticker (available from the Clerk of Court) identifying its number, the case number, and the proffering party (i.e., Plaintiff or Defendant). All exhibits shall be shown to opposing counsel at the pretrial stipulation conference. On the first day of trial, each party shall hand to the court reporter two complete copies of its exhibit list.

    8.    No later than the time for filing the pretrial stipulation, counsel shall provide opposing counsel with a list of the depositions intended to be used at trial, citing relevant page and line numbers.

    9.    On the first business day before trial, each party shall submit directly to Chambers its proposed findings of fact

and conclusions of law, including a copy saved to a CD in WordPerfect format. The proposed conclusions of law shall be supported with citations of authority.

10. A motion for continuance shall not stay the requirement for the filing of a pretrial stipulation, and unless an emergency arises, a motion for continuance will not be considered unless it is filed at least seventy-two (72) hours prior to Calendar Call.

11. Failure to comply with any provision of this Order may subject the offending party or counsel to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of April, 2013.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Michael A. Barnett, Esq.
    Cynthia G. Angelos, Esq.