UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TELEPHONIC CHAMBER MINUTES

**CASE NO: 13-14046-CIV-LYNCH**

**TRUE THE VOTE, INC., et al**

      **VS.**

**GERTRUDE WALKER**

================================================================

MAGISTRATE JUDGE:    **FRANK J. LYNCH, JR.**

DEPUTY CLERK:    Colette Griffin-Arnold

DIGITAL RECORDING START:         134401

**DATE:  April 16, 2013**        **TIME: 1:45 p.m.**

HEARING:    Status Conference

Length of hearing:           5           Minutes

================================================================

APPEARANCES:    J. Christian Adams, Esquire

Michael Barnett, Esquire

Cynthia Angelos, Esquire

REMARKS:

*Scheduling Order to be issued*