IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| TRUE THE VOTE, INC. in its individual, corporate capacity, and PAMELA WOHLSCHLEGEL, | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) Civil Action No. 2:13-cv-14046-LYNCH |
| v. | )<br>) |
| GERTRUDE WALKER, St. Lucie County Supervisor of Elections, in her official capacity, | )<br>)<br>) |
| *Defendant*. | ) |

## STIPULATION AND VOLUNTARY DISMISSAL

WHEREAS, Plaintiffs sought in this action public election records in the custody of the Defendant;

WHEREAS, Defendant asserts that the requested records have been and are maintained, and have been and are available for inspection, in compliance with governing Florida and federal law, and denies all liability to Plaintiffs;

WHEREAS, Plaintiffs and Defendant have reached a resolution whereby the Defendant will provide access to those records as appropriate and consistent with Florida statutes, or, in the alternative, provide copies of those records to Plaintiffs, as described more particularly in this stipulation;

WHEREAS, pursuant to an agreement reached by the parties, those election records include, "voter credit" documents relating to the 2012 Federal general election, Florida or federal voter registration forms (redacted as required by Florida law) for voters who voted in the 2012 Federal general election upon payment of redaction costs, completed Federal or Florida voter

registration forms of those who registered to vote after January 1, 2012 (redacted as required by Florida law), opti-scan paper ballots cast in the November 2012 federal general election (copied and scanned by Defendant staff as made necessary by Florida law), list maintenance notices sent to inactive voters, list maintenance purge lists of purged voters from January 1, 2009 to November 2012, felon files maintained by the Defendant from January 1, 2009 to November 2012 (redacted as required by Florida law), notices sent to potential felons, lists of potential non-citizens registered to vote received from the Florida Secretary of State in 2012, lists of individuals removed from the voter rolls from January 1, 2009 to November 2012, public notices and tabulations relating to the 18th Congressional District contest in 2012, notices of training sessions for individuals who performed tabulation and canvassing duties in the November 2012 election, tabulations sheets for the 18th Congressional election in 2012, provisional ballot envelopes and provisional ballots cast in the November 2012 election (redacted as required by Florida law), and, notices and letters sent to provisional ballot voters in the November 2012 election (which letters Defendant represents are not records retained by Defendant).

WHEREAS, Defendant provided Plaintiffs with estimates of the costs for the reproduction, provision, and redaction of the subject records, as required by Florida law, and the parties have agreed that the records will be available to Plaintiffs upon payment of these costs to Defendant;

IT IS HEREBY STIPULATED by and between the parties that:

1. The parties will continue to facilitate the release of documents to the Plaintiffs as described in this stipulation, and, consistent with other documents between the parties describing costs and procedures governing the release of the information.

2. All claims that have been asserted by Plaintiffs against Defendant in this action are hereby voluntarily dismissed without prejudice pursuant to F.R.C.P. 41 (a) (1) (A) (ii).

DATED:     May 6, 2013

For Plaintiffs:

MICHAEL A. BARNETT
Fla. Bar No.: 40635
MICHAEL A. BARNETT, P.A.
P.O. Box 811471
Boca Raton, Florida 33481
(561) 715-7833
(561) 431-0328
michael.barnett1@gmail.com


**s/ J. CHRISTIAN ADAMS**
J. CHRISTIAN ADAMS
ELECTION LAW CENTER, PLLC.
300 N. Washington Street, Ste. 405
Alexandria, Virginia 22314
(703) 963-8611
(703) 740-1773
adams@electionlawcenter.com
*Admitted pro hac vice.*


For Defendant:

**s/ Cynthia G. Angelos**
CYNTHIA G. ANGELOS
Florida Bar No.: 0539058
THE LAW OFFICE OF CYNTHIA G. ANGELOS, P.A.
P.O. Box 9163
Port Saint Lucie, Florida 34985
Telephone: (772) 252-3000
Facsimile: (772) 337-2547
E-mail: cynthia@jangeloslaw.com
Counsel for Defendant