UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14046-CIV-LYNCH

TRUE THE VOTE, INC., AND
PAMELA WOHLSCHLEGEL,

    Plaintiffs,

v.

GERTRUDE WALKER, St. Lucie County Supervisor
of Elections, in her Official Capacity,

    Defendant.
_____/



## ORDER DISMISSING CASE AND CLOSING CASE

**THIS CAUSE** comes before this Court upon the parties' Stipulation and Voluntary Dismissal (DE 17), and having reviewed the Stipulation, it is hereby,

**ORDERED AND ADJUDGED** that pursuant to the terms of the parties' Stipulation, this case is **DISMISSED** without prejudice. It is further,

**ORDERED AND ADJUDGED** that the Calendar Call scheduled for October 24, 2013 is **CANCELED,** and the case is removed from this Court's November 4, 2013 trial calendar. It is further,

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as moot. This includes the Defendant's Motion for Judgment on the Pleadings (DE 13) which is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 8TH day of May, 2013.

```
                                    _____
                                    FRANK J. LYNCH, JR.
                                    UNITED STATES MAGISTRATE JUDGE
```

cc: Michael A. Barnett, Esq.
    Cynthia G. Angelos, Esq.